# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

Juanita Wattefield
**Defendant**

Citation No(s): E1848338 ~~1:24-PO-04944-EA~~

Docket No: 1:24-PO-04944-EA

* * * * * * * * * * *

## PLEA AGREEMENT

| ORIGINAL CHARGE | AMENDED CHARGE | FINE | SPECIAL ASSESSMENT | PROCESSING FEE |
|---|---|---|---|---|
| 18 USC 813 MD ~~TA 16-101(a)(1)~~ | 18 USC 813 MD TA 16-112(c) | $50 | $5 | $30 |

**TOTAL DUE:** $ 85.00

*(Section to be completed by court personnel)*

Payment is due in full within seven days unless otherwise approved. Make your check or money order payable to CLERK, U.S. DISTRICT COURT. Include your citation (ticket) number on check or money order and outside of the court-supplied envelope. Please mail Defendant's copy and payment to:

☑ **Central Violations Bureau, P.O. BOX 780549, San Antonio, TX 78278**
(or you may pay online at www.cvb.uscourts.gov)

☐ Waive Initial Appearance       ☐ Continue to Obtain License
☐ Continue for Payment           ☐ Continue to Retain Attorney
☐ Set for Trial                  ☐ New Court Date: _____
☐ Dismissed by the Government              at: _____ a.m.

COMMENTS: _____

_[signature]_
Defendant's Signature

_Amanda L Costley_
Assistant U.S. Attorney

_[signature]_ 2/24/25
Attorney for Defendant

February 26, 2025
Date

Original – Court        Yellow – Defendant        Pink – AUSA

Plea Agreement (07/2019) Triple